1  SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   (530) 895-3252
4

5  Attorney for Plaintiff

6

7

8                    THE UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12  Martin Vogel                          ) No.  CV14-02882 PA (MANx)
13        Plaintiff,                      )
                                          )
14        vs.                             ) **PROOF OF SERVICE AS TO**
                                          ) **DEFENDANT 12711 SHERMAN**
15                                        ) **WAY, LP**
    99 Cents Only Stores, LLC dba 99      )
16  Cents Only Store #61; 12711           )
17  Sherman Way, LP,                      )
                                          )
          Defendants.                     )
18                                        )
19                                        )
                                          )
20  _____)

21

22

23

24

25

26

27

28

Proof of Service                          Martin Vogel v. 99 Cents Only Stores LLC et al

                             Page 1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTTLYNN J. HUBBARD IV \| SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE   CHICO, CA 95926<br><br>TELEPHONE NO.: (530) 895-3252 \| FAX NO. (530) 894-8244 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLaintiff; | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 312 N. SPRING ST. #G-8

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: WESTERN DISTRICT

| | |
|---|---|
| PLAINTIFF: MARTIN VOGEL<br><br>DEFENDANT: 99 CENTS ONLY STORES, LLC dba 99 CENTS ONLY STORE #61; ET AL. | CASE NUMBER:<br>CV14-028820 MRP (MANx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER RETURNING CASE FOR REASSIGNMENT; STANDING ORDER
3. a. Party served *(specify name of party as shown on documents served)*:
   **12711 SHERMAN WAY, LP**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **GREGORY R. RYAN - AGENT**
4. Address where the party was served: **800 WEST 6TH STREET, # STE 320**
   **LOS ANGELES, CA 90017**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 5/5/2014 at *(time)*: 1:21 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **IVAN FLOREZ - OFFICE ASSISTANT**
   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: 5/5/2014 from *(city)*: MIDWAY CITY     or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>POS010-1/P100111 |

| PETITIONER: MARTIN VOGEL | CASE NUMBER: |
|---|---|
| RESPONDENT: 99 CENTS ONLY STORES, LLC dba 99 CENTS ONLY STORE #61; ET AL. | CV14-028820 MRP (MANx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                  *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **12711 SHERMAN WAY, LP**
    under the following Code of Civil Procedure section:

| | | | |
|---|---|---|---|
| ☐ 416.10 (corporation) | | ☐ 415.95 (business organization, form unknown) | |
| ☐ 416.20 (defunct corporation) | | ☐ 416.60 (minor) | |
| ☐ 416.30 (joint stock company/association) | | ☐ 416.70 (ward or conservatee) | |
| ☑ 416.40 (association or partnership) | | ☐ 416.90 (authorized person) | |
| ☐ 416.50 (public entity) | | ☐ 415.46 (occupant) | |
| | | ☐ other: | |

7. **Person who served papers**
  a. Name: **RYAN LANCASTER - JPL Process Service**
  b. Address: **PO Box 918 Midway City, CA 92655**
  c. Telephone number: **(866) 754-0520**
  d. **The fee** for service was: **$ 60.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner     ☐ employee     ☑ independent contractor.
        (ii) Registration No.: **7067**
        (iii) County: **LOS ANGELES**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **5/7/2014**

**JPL Process Service**
**PO Box 918**
**Midway City, CA 92655**
**(866) 754-0520**
**http://www.jplps.com/**

| | |
|---|---|
| **RYAN LANCASTER** | *(signature)* |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |